---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central _____ District of California
                (State)

Case number (*if known*): _____   Chapter 11

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LOS ANGELES SCHOOL OF GYMNASTICS, INC.** |
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names, and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 9 5 - 2 9 7 6 1 2 6 |

4. Debtor's address

**Principal place of business**

8450    Higuera Street
Number    Street

Culver City         CA    90232
City                State   ZIP Code

Los Angeles
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City         State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City         State   ZIP Code

5. Debtor's website (URL)    **www.lagymnastics.com**

---

| Debtor | LOS ANGELES SCHOOL OF GYMNASTICS, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☑ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

7  1  3  9

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.*

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, and it chooses to proceed under Subchapter V of Chapter 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  LOS ANGELES SCHOOL OF GYMNASTICS, INC.                    Case number (if known)_____
        ‾‾‾‾‾Name‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

☐ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

         District _____ When _____ Case number _____
                                     MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No

☐ Yes. Debtor _____ Relationship _____

         District _____ When _____
                                                       MM / DD / YYYY

         Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number        Street

                        _____

                        _____
                        City                          State ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

---

Debtor  LOS ANGELES SCHOOL OF GYMNASTICS, INC.                    Case number (if known)_____
      Name

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

---

### ▮ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 02 / 2020
       MM / DD / YYYY

✗ _____        Tanya Berenson
   Signature of authorized representative of debtor        Printed name

Title  Chief Executive Officer

---

Debtor    LOS ANGELES SCHOOL OF GYMNASTICS, INC.
_____
Name

Case number (if known) _____

**18. Signature of attorney**

✗ _____    Date    09  02 2020
Signature of attorney for debtor                     MM  / DD / YYYY

Michael S. Kogan
Printed name
Kogan Law Firm, APC
Firm name
1849        Sawtelle Blvd., Suite 700
Number        Street
Los Angeles                          CA        90025
City                                 State      ZIP Code

310.954.1690                         mkogan@koganlawfirm.com
Contact phone                        Email address

128500                               CA
Bar number                           State

TAXPAYER'S COPY

## Return of Organization Exempt From Income Tax

Form **990**

OMB No. 1545-0047

**2018**

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)
▶ Do not enter social security numbers on this form as it may be made public.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

**A** For the 2018 calendar year, or tax year beginning **Jul 1** , 2018, and ending **Jun 30** , 2019

| B Check if applicable: | C Name of organization Los Angeles School of Gymnastics, Inc. | D Employer identification number |
|---|---|---|
| ☐ Address change | Doing business as | 95-2976126 |
| ☐ Name change | Number and street (or P.O. box if mail is not delivered to street address)   Room/suite | E Telephone number |
| ☐ Initial return | 8450 Higuera Street | (310) 204-1980 |
| ☐ Final return/terminated | City or town, state or province, country, and ZIP or foreign postal code | |
| ☐ Amended return | Culver City, CA 90232 | G Gross receipts $ 2,379,177. |
| ☐ Application pending | F Name and address of principal officer: | H(a) Is this a group return for subordinates? ☐ Yes ☒ No |
| | Tanya Berenson, 8450 Higuera, Culver City, CA 90232 | H(b) Are all subordinates included? ☐ Yes ☐ No |
| I Tax-exempt status: ☒ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no.) ☐ 4947(a)(1) or ☐ 527 | | If "No," attach a list. (see instructions) |
| J Website: ▶ N/A | | H(c) Group exemption number ▶ |
| K Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶ | L Year of formation: 1975 | M State of legal domicile: CA |

### Part I   Summary

| | | | |
|---|---|---|---|
| 1 | Briefly describe the organization's mission or most significant activities: Provide gymnastic training, competitions and related services to both physically and financially challenged youth in our community | | |
| 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | | |
| 3 | Number of voting members of the governing body (Part VI, line 1a) . . . . . | 3 | 5 |
| 4 | Number of independent voting members of the governing body (Part VI, line 1b) . | 4 | 0 |
| 5 | Total number of individuals employed in calendar year 2018 (Part V, line 2a) . . | 5 | 0 |
| 6 | Total number of volunteers (estimate if necessary) . . . . . . . . . | 6 | 3 |
| 7a | Total unrelated business revenue from Part VIII, column (C), line 12 . . . . | 7a | -14,843. |
| b | Net unrelated business taxable income from Form 990-T, line 38 . . . . . | 7b | -14,834. |

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 | Contributions and grants (Part VIII, line 1h) . . . . . | | 2,359,666. |
| 9 | Program service revenue (Part VIII, line 2g) . . . . . | 2,100,806. | 2,359,666. |
| 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) . . . | 320. | 0. |
| 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) . . . | -12,907. | -14,843. |
| 12 | Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 2,088,219. | 2,344,823. |
| 13 | Grants and similar amounts paid (Part IX, column (A), lines 1–3) . . . | | |
| 14 | Benefits paid to or for members (Part IX, column (A), line 4) . . . | | |
| 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 952,626. | 1,060,009. |
| 16a | Professional fundraising fees (Part IX, column (A), line 11e) . . . | | |
| b | Total fundraising expenses (Part IX, column (D), line 25) ▶ 14,149. | | |
| 17 | Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) . . . | 1,044,664. | 1,121,592. |
| 18 | Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | 1,997,290. | 2,181,601. |
| 19 | Revenue less expenses. Subtract line 18 from line 12 . . . | 90,929. | 163,222. |

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 | Total assets (Part X, line 16) . . . . . . . . . | 1,427,174. | 1,605,622. |
| 21 | Total liabilities (Part X, line 26) . . . . . . . . | 56,914. | 88,870. |
| 22 | Net assets or fund balances. Subtract line 21 from line 20 | 1,370,260. | 1,516,752. |

### Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | Signature of officer | Date 08/06/2019 |
|---|---|---|
| | Tanya Berenson, CEO | |
| | Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | WILTON E. ROBINSON | | 08/06/2019 | | P01408517 |
| | Firm's name ▶ ROBINSON CONSULTING | | | Firm's EIN ▶ 81-0707165 | |
| | Firm's address ▶ 5651 SUMNER WAY UNIT 212, CULVER CITY, CA 90230 | | | Phone no. (818) 590-0569 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . . . . . ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. BAA          REV 05/20/19 PRO          Form **990** (2018)

Form 990 (2018)                                                                                Page **2**

| **Part III** | **Statement of Program Service Accomplishments** |

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . ☐

1  Briefly describe the organization's mission:

Provide gymnastic training, competitions and related services to
both physically and financially challenged youth in our community

2  Did the organization undertake any significant program services during the year which were not listed on the
prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
If "Yes," describe these new services on Schedule O.

3  Did the organization cease conducting, or make significant changes in how it conducts, any program
services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No
If "Yes," describe these changes on Schedule O.

4  Describe the organization's program service accomplishments for each of its three largest program services, as measured by
expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others,
the total expenses, and revenue, if any, for each program service reported.

4a  (Code: _____ ) (Expenses $ 1,195,451. including grants of $ _____ 0.) (Revenue $ 2,359,666.)
Total for program service reported.

4b  (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

4c  (Code: _____ ) (Expenses $ _____ including grants of $ _____ ) (Revenue $ _____ )

4d  Other program services (Describe in Schedule O.)
(Expenses $ _____ including grants of $ 1,195,451. ) (Revenue $ _____ )

4e  Total program service expenses ▶ 1,195,451.

REV 08/20/19 PRO                                                              Form **990** (2018)

Form 990 (2018)
Page **3**

## Part IV    Checklist of Required Schedules

| | | Yes | No |
|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* . . . . . . . . . . . . . . . . . . . . **1** | × | |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? . . . **2** | | × |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . . **3** | | × |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . **4** | | × |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* **5** | | × |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . . . . . . . . . . . . . . . . . **6** | | × |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . **7** | | × |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . . . . . . . . . . . . . . . . . **8** | | × |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . . **9** | | × |
| 10 | Did the organization, directly or through a related organization, hold assets in temporarily restricted endowments, permanent endowments, or quasi-endowments? *If "Yes," complete Schedule D, Part V* . . **10** | | × |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* . . . . . . . . . . . . . . . . . . . **11a** | × | |
| b | Did the organization report an amount for investments—other securities in Part X, line 12 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . **11b** | | × |
| c | Did the organization report an amount for investments—program related in Part X, line 13 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . **11c** | | × |
| d | Did the organization report an amount for other assets in Part X, line 15 that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . . . . **11d** | × | |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* **11e** | × | |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* **11f** | | × |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* . . . . . . . . . . . . . . . . **12a** | | × |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* **12b** | | × |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* . . . . **13** | × | |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? . . . . **14a** | | × |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV.* . . **14b** | | × |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . . . **15** | | × |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV.* . . . . **16** | | × |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I* (see instructions) . . **17** | | × |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . **18** | | × |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . . . . . . . . . . **19** | | × |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . **20a** | | × |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? . **20b** | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . **21** | | × |

Form **990** (2018)

Form 990 (2018)                                                                                           Page **4**

**Part IV**   **Checklist of Required Schedules** *(continued)*

|   |   | Yes | No |
|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . **22** |  | × |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . **23** |  | × |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* . . . . . . . . . . **24a** |  | × |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . **24b** |  |  |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . **24c** |  |  |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . **24d** |  |  |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . **25a** |  | × |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . **25b** |  | × |
| 26 | Did the organization report any amount on Part X, line 5, 6, or 22 for receivables from or payables to any current or former officers, directors, trustees, key employees, highest compensated employees, or disqualified persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . . . . . **26** |  | × |
| 27 | Did the organization provide a grant or other assistance to an officer, director, trustee, key employee, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . **27** |  | × |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions for applicable filing thresholds, conditions, and exceptions): |  |  |
| a | A current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . **28a** |  | × |
| b | A family member of a current or former officer, director, trustee, or key employee? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . **28b** |  | × |
| c | An entity of which a current or former officer, director, trustee, or key employee (or a family member thereof) was an officer, director, trustee, or direct or indirect owner? *If "Yes," complete Schedule L, Part IV* . . **28c** |  | × |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | **29** |  | × |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . **30** |  | × |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** |  | × |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . **32** |  | × |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . **33** |  | × |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . **34** |  | × |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . **35a** |  | × |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . **35b** |  |  |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . **36** |  | × |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | **37** |  | × |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? **Note.** All Form 990 filers are required to complete Schedule O. . . . . . . . . . . **36** |  | × |

**Part V**   **Statements Regarding Other IRS Filings and Tax Compliance**
Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . ☐

|   |   |   |   | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable . . . | **1a** | 0 |  |  |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable . . . . | **1b** | 0 |  |  |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . **1c** |  |  |  |  |

REV 05/20/19 PRO                                                                          Form **990** (2018)

Form 990 (2018)                                                                                                    Page **5**

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** *(continued)* | | Yes | No |
|---|---|---|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return   **2a**   0 |  |  |  |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns?  .  . | **2b** |  |  |
|  | **Note.** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions)  .  . |  |  |  |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year?  .  .  .  . | **3a** |  | X |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation in Schedule O*  .  . | **3b** |  |  |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | **4a** |  | X |
| **b** | If "Yes," enter the name of the foreign country: ▶ _____ |  |  |  |
|  | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). |  |  |  |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year?  .  .  . | **5a** |  | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** |  | X |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T?  .  .  .  .  .  .  .  .  .  . | **5c** |  |  |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions?  .  .  .  .  . | **6a** |  | X |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **6b** |  |  |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** |  |  |  |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **7a** |  | X |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided?  .  .  .  . | **7b** |  |  |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282?  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  . | **7c** |  | X |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year   .  .  .  .   **7d** |  |  |  |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** |  | X |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract?  . | **7f** |  | X |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** |  |  |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** |  |  |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year?  .  .  .  .  .  . | **8** |  |  |
| **9** | **Sponsoring organizations maintaining donor advised funds.** |  |  |  |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966?  .  .  .  .  .  .  . | **9a** |  |  |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person?  .  .  . | **9b** |  |  |
| **10** | **Section 501(c)(7) organizations.** Enter: |  |  |  |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12  .  .  .  .  .  .   **10a** |  |  |  |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities   **10b** |  |  |  |
| **11** | **Section 501(c)(12) organizations.** Enter: |  |  |  |
| **a** | Gross income from members or shareholders  .  .  .  .  .  .  .  .  .   **11a** |  |  |  |
| **b** | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.)  .  .  .  .  .  .  .   **11b** |  |  |  |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** |  |  |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year  .  .   **12b** |  |  |  |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** |  |  |  |
| **a** | Is the organization licensed to issue qualified health plans in more than one state?  .  .  .  .  .  . | **13a** |  |  |
|  | **Note.** See the instructions for additional information the organization must report on Schedule O. |  |  |  |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans  .  .  .  .  .   **13b** |  |  |  |
| **c** | Enter the amount of reserves on hand  .  .  .  .  .  .  .  .  .  .  .   **13c** |  |  |  |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year?  .  .  .  .  . | **14a** |  | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation in Schedule O* | **14b** |  |  |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year?  .  .  .  .  .  .  .  .  .  .  .  . | **15** |  |  |
|  | If "Yes," see instructions and file Form 4720, Schedule N. |  |  |  |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | **16** |  |  |
|  | If "Yes," complete Form 4720, Schedule O. |  |  |  |

Form **990** (2018)

Form 990 (2018)                                                                    Page **6**

| Part VI | Governance, Management, and Disclosure  *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes in Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . ☒

## Section A. Governing Body and Management

|     |                                                                                                                                     |     | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------|-----|-----|-----|
| 1a  | Enter the number of voting members of the governing body at the end of the tax year . . **1a** 5 | | | |
|     | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain in Schedule O. | | | |
| b   | Enter the number of voting members included in line 1a, above, who are independent . . **1b** 0 | | | |
| 2   | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . | **2** | | X |
| 3   | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, or trustees, or key employees to a management company or other person? . | **3** | | X |
| 4   | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? | **4** | | X |
| 5   | Did the organization become aware during the year of a significant diversion of the organization's assets? . | **5** | | X |
| 6   | Did the organization have members or stockholders? . . . . . . . . . . . . | **6** | | X |
| 7a  | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . | **7a** | | X |
| b   | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . | **7b** | | X |
| 8   | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | |
| a   | The governing body? . . . . . . . . . . . . . . . . . . . . | **8a** | X | |
| b   | Each committee with authority to act on behalf of the governing body? . . . . . . . . | **8b** | X | |
| 9   | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses in Schedule O* . . . . . | **9** | | X |

## Section B. Policies  *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|     |                                                                                                                                     |      | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------|------|-----|-----|
| 10a | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . | **10a** | | X |
| b   | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? | **10b** | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | **11a** | | X |
| b   | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* | **12a** | | X |
| b   | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | **12b** | | |
| c   | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe in Schedule O how this was done* . . . . . . . . . . . . . . | **12c** | | |
| 13  | Did the organization have a written whistleblower policy? . . . . . . . . . . . | **13** | | X |
| 14  | Did the organization have a written document retention and destruction policy? . . . . . . . | **14** | | X |
| 15  | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a   | The organization's CEO, Executive Director, or top management official . . . . . . . . | **15a** | | X |
| b   | Other officers or key employees of the organization . . . . . . . . . . . . | **15b** | | X |
|     | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . | **16a** | | X |
| b   | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? | **16b** | | |

## Section C. Disclosure

17  List the states with which a copy of this Form 990 is required to be filed ▶

18  Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A if applicable), 990, and 990-T (Section 501(c)(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

☐ Own website  ☐ Another's website  ☐ Upon request  ☐ Other *(explain in Schedule O)*

19  Describe in Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

20  State the name, address, and telephone number of the person who possesses the organization's books and records ▶
    Tanya Berenson, 8450 HIGUERA STREET, CULVER CITY, CA 90232 (310)204-1980

REV 08/20/19 PRO                                                                   Form **990** (2018)

Form 990 (2018)                                                                                    Page **7**

| **Part VII** | **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . ☐

**Section A.  Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

• List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

• List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

• List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

• List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

• List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

List persons in the following order: individual trustees or directors; institutional trustees; officers; key employees; highest compensated employees; and former such persons.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and Title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (1) Tanya Berenson | 40.00 | | | | | | | | | |
|    Chief Executive Officer | 0.00 | | | ✕ | | | | 36,000. | 0. | 0. |
| (2) Alla Bezkrovny | 0.00 | | | | | | | | | |
|    Secretary | 0.00 | | | ✕ | | | | 0. | 0. | 0. |
| (3) Howard Baber | 0.00 | | | | | | | | | |
|    Chief Financial Officer | 0.00 | | | ✕ | | | | 0. | 0. | 0. |
| (4) Alla Svirsky | 40.00 | | | | | | | | | |
|    President | 0.00 | | | ✕ | | | | 108,000. | 0. | 0. |
| (5) | | | | | | | | | | |
| (6) | | | | | | | | | | |
| (7) | | | | | | | | | | |
| (8) | | | | | | | | | | |
| (9) | | | | | | | | | | |
| (10) | | | | | | | | | | |
| (11) | | | | | | | | | | |
| (12) | | | | | | | | | | |
| (13) | | | | | | | | | | |
| (14) | | | | | | | | | | |

REV 05/20/19 PRO                                                                      Form **990** (2018)

Form 990 (2018)  Page **8**

**Part VII** Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)*

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| (15) | | | | | | | | | | |
| (16) | | | | | | | | | | |
| (17) | | | | | | | | | | |
| (18) | | | | | | | | | | |
| (19) | | | | | | | | | | |
| (20) | | | | | | | | | | |
| (21) | | | | | | | | | | |
| (22) | | | | | | | | | | |
| (23) | | | | | | | | | | |
| (24) | | | | | | | | | | |
| (25) | | | | | | | | | | |

**1b Sub-total** . . . . . . . . . . . ▶ | 144,000. | 0. | 0.
**c** Total from continuation sheets to Part VII, Section A . . . . . ▶ | | |
**d** Total (add lines 1b and 1c) . . . . ▶ | 144,000. | 0. | 0.

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶    1

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . **4** | | X |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A) Name and business address | (B) Description of services | (C) Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶

REV 05/20/19 PRO  Form **990** (2018)

Form 990 (2018)

## Part VIII  Statement of Revenue

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . ☐

| | | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a | Federated campaigns . . . | 1a | | | | |
| | b | Membership dues . . . | 1b | | | | |
| | c | Fundraising events . . . | 1c | | | | |
| | d | Related organizations . . . | 1d | | | | |
| | e | Government grants (contributions) | 1e | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above | 1f | | | | |
| | g | Noncash contributions included in lines 1a–1f: $ | | | | | |
| | h | **Total.** Add lines 1a–1f . . . . . . . . ▶ | | | | | |
| **Program Service Revenue** | 2a | Various Programs | 99999 | 2,359,666. | 2,359,666. | 0. | 0. |
| | b | | | | | | |
| | c | | | | | | |
| | d | | | | | | |
| | e | | | | | | |
| | f | All other program service revenue . | | | | | |
| | g | **Total.** Add lines 2a–2f . . . . . . . ▶ | | 2,359,666. | | | |
| **Other Revenue** | 3 | Investment income (including dividends, interest, and other similar amounts) . . . . . ▶ | | 0. | 0. | 0. | 0. |
| | 4 | Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | 5 | Royalties . . . . . . . . . . . ▶ | | | | | |
| | | | (i) Real | (ii) Personal | | | |
| | 6a | Gross rents . . . | | | | | |
| | b | Less: rental expenses | | | | | |
| | c | Rental income or (loss) | | | | | |
| | d | Net rental income or (loss) . . . . . . ▶ | | | | | |
| | 7a | Gross amount from sales of assets other than inventory | (i) Securities | (ii) Other | | | |
| | b | Less: cost or other basis and sales expenses | | | | | |
| | c | Gain or (loss) . . | | | | | |
| | d | Net gain or (loss) . . . . . . . . . ▶ | | | | | |
| | 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . . a | | | | | |
| | b | Less: direct expenses . . . . b | | | | | |
| | c | Net income or (loss) from fundraising events . ▶ | | | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 . . . . . a | | | | | |
| | b | Less: direct expenses . . . . b | | | | | |
| | c | Net income or (loss) from gaming activities . . ▶ | | | | | |
| | 10a | Gross sales of inventory, less returns and allowances . . a | 19,511. | | | | |
| | b | Less: cost of goods sold . . . b | 34,354. | | | | |
| | c | Net income or (loss) from sales of inventory . . ▶ | | -14,843. | 0. | -14,843. | 0. |
| | | Miscellaneous Revenue | Business Code | | | | |
| | 11a | | | | | | |
| | b | | | | | | |
| | c | | | | | | |
| | d | All other revenue . . | | 0. | 0. | 0. | 0. |
| | e | **Total.** Add lines 11a–11d . . . . . . ▶ | | 0. | | | |
| | 12 | **Total revenue.** See instructions . . . . ▶ | | 2,344,823. | 2,359,666. | -14,843. | 0. |

Form 990 (2018)

## Part IX  Statement of Functional Expenses

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . □

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| 1 Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . | | | | |
| 2 Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . | | | | |
| 3 Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 . . . . | | | | |
| 4 Benefits paid to or for members . . . . | | | | |
| 5 Compensation of current officers, directors, trustees, and key employees . . . . | 144,000. | 65,000. | 65,000. | 14,000. |
| 6 Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . | | | | |
| 7 Other salaries and wages . . . . . | 865,145. | 501,937. | 363,208. | 0. |
| 8 Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| 9 Other employee benefits . . . . . . | 50,864. | 25,432. | 25,432. | 0. |
| 10 Payroll taxes . . . . . . . . . | | | | |
| 11 Fees for services (non-employees): | | | | |
| a Management . . . . . . . . . | | | | |
| b Legal . . . . . . . . . . . | 26,050. | 13,025. | 13,025. | 0. |
| c Accounting . . . . . . . . . | 18,297. | 9,148. | 9,149. | 0. |
| d Lobbying . . . . . . . . . . | | | | |
| e Professional fundraising services. See Part IV, line 17 | | | | |
| f Investment management fees . . . . | | | | |
| g Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) | 14,300. | 7,150. | 7,150. | 0. |
| 12 Advertising and promotion . . . . . | 169,452. | 127,089. | 42,363. | 0. |
| 13 Office expenses . . . . . . . . | 23,751. | 11,875. | 11,876. | 0. |
| 14 Information technology . . . . . . | | | | |
| 15 Royalties . . . . . . . . . . | | | | |
| 16 Occupancy . . . . . . . . . . | 373,815. | 186,907. | 186,908. | 0. |
| 17 Travel . . . . . . . . . . . | | | | |
| 18 Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| 19 Conferences, conventions, and meetings . | | | | |
| 20 Interest . . . . . . . . . . | 149. | 0. | 0. | 149. |
| 21 Payments to affiliates . . . . . . | | | | |
| 22 Depreciation, depletion, and amortization . | 37,664. | 18,832. | 18,832. | 0. |
| 23 Insurance . . . . . . . . . . | 15,000. | 7,500. | 7,500. | 0. |
| 24 Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| a Competition Expenses | 135,814. | 67,907. | 67,907. | 0. |
| b Maintenance and Repairs | 52,011. | 26,005. | 26,006. | 0. |
| c Credit Card Fees | 44,805. | 22,402. | 22,403. | 0. |
| d Automobile Expenses | 45,624. | 22,812. | 22,812. | 0. |
| e All other expenses | 164,860. | 82,430. | 82,430. | 0. |
| 25 Total functional expenses. Add lines 1 through 24e | 2,181,601. | 1,195,451. | 972,001. | 14,149. |
| 26 Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ □ if following SOP 98-2 (ASC 958-720) . . . . | | | | |

REV 05/20/19 PRO

Form **990** (2018)

Form 990 (2018)                                                            Page **11**

## Part X   Balance Sheet

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . ☐

| | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| **Assets** | 1   Cash—non-interest-bearing . . . . . . . . . . . | 354,365. | 1 | 1,414,077. |
| | 2   Savings and temporary cash investments . . . . . . | 643,166. | 2 | |
| | 3   Pledges and grants receivable, net . . . . . . . . | | 3 | |
| | 4   Accounts receivable, net . . . . . . . . . . . | 0. | 4 | 7,060. |
| | 5   Loans and other receivables from current and former officers, directors, trustees, key employees, and highest compensated employees. Complete Part II of Schedule L . . . . . . . . . . | | 5 | |
| | 6   Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), persons described in section 4958(c)(3)(B), and contributing employers and sponsoring organizations of section 501(c)(9) voluntary employees' beneficiary organizations (see instructions). Complete Part II of Schedule L . . . . . . | | 6 | |
| | 7   Notes and loans receivable, net . . . . . . . . . | | 7 | |
| | 8   Inventories for sale or use . . . . . . . . . . . | | 8 | 2,841. |
| | 9   Prepaid expenses and deferred charges . . . . . . | 60,776. | 9 | |
| | 10a   Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D   **10a**   255,217. | | | |
| |     b   Less: accumulated depreciation . .   **10b**   173,573. | 92,594. | 10c | 81,644. |
| | 11   Investments—publicly traded securities . . . . . . | | 11 | |
| | 12   Investments—other securities. See Part IV, line 11 . . | | 12 | |
| | 13   Investments—program-related. See Part IV, line 11 . . | | 13 | |
| | 14   Intangible assets . . . . . . . . . . . . . | 100,000. | 14 | 100,000. |
| | 15   Other assets. See Part IV, line 11 . . . . . . . . | 176,273. | 15 | 0. |
| | 16   **Total assets.** Add lines 1 through 15 (must equal line 34) . . . . . | 1,427,174. | 16 | 1,605,622. |
| **Liabilities** | 17   Accounts payable and accrued expenses . . . . . . | 44,409. | 17 | 60,828. |
| | 18   Grants payable . . . . . . . . . . . . . . | | 18 | |
| | 19   Deferred revenue . . . . . . . . . . . . . | | 19 | |
| | 20   Tax-exempt bond liabilities . . . . . . . . . . | | 20 | |
| | 21   Escrow or custodial account liability. Complete Part IV of Schedule D . | | 21 | |
| | 22   Loans and other payables to current and former officers, directors, trustees, key employees, highest compensated employees, and disqualified persons. Complete Part II of Schedule L . . . . . . | | 22 | |
| | 23   Secured mortgages and notes payable to unrelated third parties . . | | 23 | |
| | 24   Unsecured notes and loans payable to unrelated third parties . . . | | 24 | |
| | 25   Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17–24). Complete Part X of Schedule D . . . . . . | 12,505. | 25 | 28,042. |
| | 26   **Total liabilities.** Add lines 17 through 25 . . . . . . . . | 56,914. | 26 | 88,870. |
| **Net Assets or Fund Balances** |    **Organizations that follow SFAS 117 (ASC 958), check here ▶ ☒ and complete lines 27 through 29, and lines 33 and 34.** | | | |
| | 27   Unrestricted net assets . . . . . . . . . . . | 1,370,260. | 27 | 1,516,752. |
| | 28   Temporarily restricted net assets . . . . . . . . | | 28 | |
| | 29   Permanently restricted net assets . . . . . . . . | | 29 | |
| |    **Organizations that do not follow SFAS 117 (ASC 958), check here ▶ ☐ and complete lines 30 through 34.** | | | |
| | 30   Capital stock or trust principal, or current funds . . . . | | 30 | |
| | 31   Paid-in or capital surplus, or land, building, or equipment fund . . . | | 31 | |
| | 32   Retained earnings, endowment, accumulated income, or other funds . | | 32 | |
| | 33   Total net assets or fund balances . . . . . . . . | 1,370,260. | 33 | 1,516,752. |
| | 34   Total liabilities and net assets/fund balances . . . . . . | 1,427,174. | 34 | 1,605,622. |

Form **990** (2018)

Form 990 (2018)                                                                                                    Page **12**

| **Part XI** | **Reconciliation of Net Assets** | | |
|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . .  ☒

| | | | |
|---|---|---|---|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . | **1** | 2,344,823. |
| 2 | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . | **2** | 2,181,601. |
| 3 | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . | **3** | 163,222. |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 33, column (A)) . . . | **4** | 1,370,260. |
| 5 | Net unrealized gains (losses) on investments . . . . . . . . . . . | **5** | |
| 6 | Donated services and use of facilities . . . . . . . . . . . . | **6** | |
| 7 | Investment expenses . . . . . . . . . . . . . . . . | **7** | |
| 8 | Prior period adjustments . . . . . . . . . . . . . . | **8** | |
| 9 | Other changes in net assets or fund balances (explain in Schedule O) . . . . . . | **9** | -16,730. |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 33, column (B)) . . . . . . . . . . . . . . . . . . | **10** | 1,516,752. |

| **Part XII** | **Financial Statements and Reporting** | | | |
|---|---|---|---|---|

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . .  ☐

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Accounting method used to prepare the Form 990: ☒ Cash  ☐ Accrual  ☐ Other _____ | | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | | |
| 2a | Were the organization's financial statements compiled or reviewed by an independent accountant? . . . | **2a** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| b | Were the organization's financial statements audited by an independent accountant? . . . . . . . | **2b** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | | |
| | ☐ Separate basis  ☐ Consolidated basis  ☐ Both consolidated and separate basis | | | |
| c | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | **2c** | | X |
| | If the organization changed either its oversight process or selection process during the tax year, explain in Schedule O. | | | |
| 3a | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? . . . . . . . . . . . . . . . | **3a** | | X |
| b | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why in Schedule O and describe any steps taken to undergo such audits. | **3b** | | X |

Form **990** (2018)

REV 05/20/19 PRO

**Form 4562**  **Depreciation and Amortization Report**  **2018**

Tax Year 2018
► Keep for your records

Page 1 of 1

| Name as Shown on Return | | | | | | | | Identifying Number | | |
| Los Angeles School of Gymnastics, Inc. | | | | | | | | 95-2976126 | | |

QuickZoom here to enter assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ►
QuickZoom here to set MACRS convention for assets acquired in 2018 . . . . . . . . . . . . . . . . . . . . . . . . . . ►
Activity: Form 990 - / Form 990EZ

| Asset Description | Code | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | |
| AIR CONDITIONER | | 07/10/18 | 5,000 | | 100.00 | | | 5,000 | 5.00 | 200DB/HQ | | 1,750 |
| COMPUTER EQUIPMENT | | 06/19/19 | 12,447 | | 100.00 | | | 12,447 | 5.00 | 200DB/HQ | | 622 |
| SUBTOTAL CURRENT YEAR | | | 17,447 | 0 | | 0 | 0 | 17,447 | | | 0 | 2,372 |
| | | | | | | | | | | | | |
| GYM EQUIP (2012) | | 09/20/12 | 8,300 | | 100.00 | | | 8,300 | 7.00 | 200DB/HY | 6,449 | 1,214 |
| GYM EQUIPMENT (2013) | | 02/18/13 | 23,688 | | 100.00 | | | 23,688 | 7.00 | 200DB/HY | 20,998 | 1,793 |
| GYM EQUIP (2014) | | 05/20/14 | 14,216 | | 100.00 | | | 14,216 | 7.00 | 200DB/HY | 11,877 | 936 |
| HARDWOOD FLOORS (2015) | | 04/28/15 | 12,360 | | 100.00 | | | 12,360 | 7.00 | 200DB/HQ | 8,132 | 1,200 |
| FORD VAN (2015) | A | 05/01/15 | 45,475 | | 100.00 | | | 45,475 | 5.00 | 200DB/HQ | 29,923 | 1,975 |
| GYM EQUIP (2016) | | 04/01/16 | 6,143 | | 100.00 | | | 6,143 | 7.00 | 200DB/HQ | 2,641 | 1,001 |
| FORD VAN (2016) | A | 06/24/16 | 29,134 | | 100.00 | | | 29,134 | 5.00 | 200DB/HQ | 12,528 | 2,075 |
| SUBTOTAL PRIOR YEAR | | | 139,316 | 0 | | 0 | 0 | 139,316 | | | 92,548 | 10,222 |
| | | | | | | | | | | | | |
| TOTALS | | | 156,763 | 0 | | 0 | 0 | 156,763 | | | 92,548 | 12,594 |

*Code: S = Sold, A = Auto, L = Listed, V = Vine with SPA in Year Planted/Grafted, C = COGS

**Form 4562**

**Depreciation and Amortization Report**
Tax Year 2018
► Keep for your records

**2018**

Los Angeles School of Gymnastics, Inc.

95-2976126

Form 990 - All Assets

| Asset Description | *Code | Date In Service | Cost (Net of Land) | Land | Bus Use % | Section 179 | Special Depreciation Allowance | Depreciable Basis | Life | Method/ Convention | Prior Depreciation | Current Depreciation | Accumulated Depreciation ** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEPRECIATION | | | | | | | | | | | | | |
| Form 990 | | | | | | | | | | | | | |
| GYM EQUIP (2012) | | 09/20/12 | 8,300 | | 100.00 | | | 8,300 | 7.00 | 200DB/HY | 6,449 | 1,234 | 7,693 |
| GYM EQUIPMENT (2013) | | 02/18/13 | 23,680 | | 100.00 | | | 23,680 | 7.00 | 200DB/HY | 20,998 | 1,793 | 22,791 |
| GYM EQUIP (2014) | | 05/20/14 | 14,216 | | 100.00 | | | 14,216 | 7.00 | 200DB/HY | 11,877 | 936 | 12,813 |
| HARDWOOD FLOORS (2015) | | 04/28/15 | 12,360 | | 100.00 | | | 12,360 | 7.00 | 200DB/HQ | 8,133 | 1,208 | 9,341 |
| FORD VAN (2015) | A | 05/01/15 | 45,475 | | 100.00 | | | 45,475 | 5.00 | 200DB/HQ | 29,923 | 1,975 | 31,898 |
| GYM EQUIP (2016) | | 04/01/16 | 6,143 | | 100.00 | | | 6,143 | 7.00 | 200DB/HQ | 2,641 | 1,001 | 3,642 |
| FORD VAN (2016) | A | 06/24/16 | 29,134 | | 100.00 | | | 29,134 | 5.00 | 200DB/HQ | 12,528 | 2,075 | 14,603 |
| AIR CONDITIONER | | 07/10/18 | 5,000 | | 100.00 | | | 5,000 | 5.00 | 200DB/HQ | | 1,750 | 1,750 |
| COMPUTER EQUIPMENT | | 06/19/19 | 12,447 | | 100.00 | | | 12,447 | 5.00 | 200DB/HQ | | 622 | 622 |
| | | | | | | | | | | | | | |
| TOTALS | | | 156,763 | 0 | | 0 | 0 | 156,763 | | | 92,549 | 12,594 | 105,143 |

* Code: S = Sold, A = Auto, L = Listed V = Vine with SDA in Year Planted/Grafted, C = COGS
** Accumulated Depreciation includes Section 179, Special Depreciation Allowance, Prior Depreciation and Current Depreciation.
Note: Accumulated Depreciation for prior year assets is computed only if Prior Depreciation is available

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

**Supplemental Financial Statements**
▶ Complete if the organization answered "Yes" on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2018**

**Open to Public
Inspection**

Name of the organization

Los Angeles School of Gymnastics, Inc.

Employer identification number

95-2976126

| **Part I** | **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5   Did the organization inform all donors and donor advisors in writing that the assets held in donor advised
funds are the organization's property, subject to the organization's exclusive legal control? . . . . .   ☐ Yes ☐ No

6   Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used
only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose
conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes ☐ No

| **Part II** | **Conservation Easements.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1   Purpose(s) of conservation easements held by the organization (check all that apply).
☐ Preservation of land for public use (e.g., recreation or education)   ☐ Preservation of a historically important land area
☐ Protection of natural habitat   ☐ Preservation of a certified historic structure
☐ Preservation of open space

2   Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

| | | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements | 2a |
| b | Total acreage restricted by conservation easements | 2b |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | 2d |

3   Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ▶ --------------

4   Number of states where property subject to conservation easement is located ▶ --------------

5   Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . . .   ☐ Yes ☐ No

6   Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ --------------

7   Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ --------------

8   Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes ☐ No

9   In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement, and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements.

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a   If the organization elected, as permitted under SFAS 116 (ASC 958), not to report in its revenue statement and balance sheet
works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of
public service, provide, in Part XIII, the text of the footnote to its financial statements that describes these items.

b   If the organization elected, as permitted under SFAS 116 (ASC 958), to report in its revenue statement and balance sheet
works of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of
public service, provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . ▶ $ --------------

(ii) Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . ▶ $ --------------

2   If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under SFAS 116 (ASC 958) relating to these items:

a   Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . ▶ $ --------------

b   Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . ▶ $ --------------

**SCHEDULE E**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

# Schools

▶ Complete if the organization answered "Yes" on Form 990,
Part IV, line 13, or Form 990-EZ, Part VI, line 48.
▶ Attach to Form 990 or Form 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

**2018**

Open to Public Inspection

Name of the organization: Los Angeles School of Gymnastics, Inc.

Employer identification number: 95-2976126

## Part I

| | | YES | NO |
|---|---|---|---|
| 1 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | X | |
| 2 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | X | |
| 3 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? If "Yes," please describe. If "No," please explain. If you need more space, use Part II. | X | |
| 4 | Does the organization maintain the following? | | |
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | X | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | X | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | X | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | X | |
| | If you answered "No" to any of the above, please explain. If you need more space, use Part II. | | |
| 5 | Does the organization discriminate by race in any way with respect to: | | |
| a | Students' rights or privileges? | | X |
| b | Admissions policies? | | X |
| c | Employment of faculty or administrative staff? | | X |
| d | Scholarships or other financial assistance? | | X |
| e | Educational policies? | | X |
| f | Use of facilities? | | X |
| g | Athletic programs? | | X |
| h | Other extracurricular activities? | | X |
| | If you answered "Yes" to any of the above, please explain. If you need more space, use Part II. | | |
| 6a | Does the organization receive any financial aid or assistance from a governmental agency? | | X |
| b | Has the organization's right to such aid ever been revoked or suspended? | | X |
| | If you answered "Yes" on either line 6a or line 6b, explain on Part II. | | |
| 7 | Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev. Proc. 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If "No," explain on Part II. | X | |

Schedule D (Form 990) 2016 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | |
|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | |

| | | | | |
|---|---|---|---|---|
| 1 | Total revenue, gains, and other support per audited financial statements . . . . . . . | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| a | Net unrealized gains (losses) on investments . . . . . . . . . | **2a** | | |
| b | Donated services and use of facilities . . . . . . . . . . . | **2b** | | |
| c | Recoveries of prior year grants . . . . . . . . . . . . . | **2c** | | |
| d | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **2d** | | |
| e | Add lines 2a through 2d . . . . . . . . . . . . . . . . . . . . | | **2e** | |
| 3 | Subtract line 2e from line 1 . . . . . . . . . . . . . . . . . . . . | | **3** | |
| 4 | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . | **4a** | | |
| b | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **4b** | | |
| c | Add lines 4a and 4b . . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| 5 | Total revenue. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 12.)* . . . . . . . | | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | |
|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | |

| | | | | |
|---|---|---|---|---|
| 1 | Total expenses and losses per audited financial statements . . . . . . . . . | | **1** | |
| 2 | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| a | Donated services and use of facilities . . . . . . . . . . . | **2a** | | |
| b | Prior year adjustments . . . . . . . . . . . . . . . | **2b** | | |
| c | Other losses . . . . . . . . . . . . . . . . . . | **2c** | | |
| d | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **2d** | | |
| e | Add lines 2a through 2d . . . . . . . . . . . . . . . . . . . . | | **2e** | |
| 3 | Subtract line 2e from line 1 . . . . . . . . . . . . . . . . . . . . | | **3** | |
| 4 | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | |
| a | Investment expenses not included on Form 990, Part VIII, line 7b . . | **4a** | | |
| b | Other (Describe in Part XIII.) . . . . . . . . . . . . . | **4b** | | |
| c | Add lines 4a and 4b . . . . . . . . . . . . . . . . . . . . | | **4c** | |
| 5 | Total expenses. Add lines 3 and 4c. *(This must equal Form 990, Part I, line 18.)* . . . . . . | | **5** | |

| **Part XIII** | **Supplemental Information.** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

--------------------------------------------------------------------------------------------------

REV 11/12/18 PRO                          Schedule D (Form 990) 2016

Schedule D (Form 990) 2018     Page **3**

## Part VII   Investments—Other Securities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely-held equity interests | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

## Part VIII   Investments—Program Related.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

## Part IX   Other Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) EMPLOYEE ADVANCES | 0. |
| (2) OLD REPUBLIC | 0. |
| (3) UNDEPOSITED FUNDS | 0. |
| (4) ROUNDING | 0. |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 15.) . . . . . . . . . . . . ▶ | 0. |

## Part X   Other Liabilities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value | |
|---|---|---|
| (1) Federal income taxes | | |
| (2) Credit Cards | 28,042. | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 25.) ▶ | 28,042. | |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FIN 48 (ASC 740). Check here if the text of the footnote has been provided in Part XIII . . . ☐

Schedule D (Form 990) 2018                                                                                                                    Page **2**

**Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)*

3   Using the organization's acquisition, accession, and other records, check any of the following that are a significant use of its collection items (check all that apply):

a   ☐ Public exhibition                                      d   ☐ Loan or exchange programs
b   ☐ Scholarly research                                  e   ☐ Other _____
c   ☐ Preservation for future generations

4   Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

5   During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection?  .  .   ☐ Yes ☐ No

**Part IV** | **Escrow and Custodial Arrangements.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

1a  Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .   ☐ Yes ☐ No

b   If "Yes," explain the arrangement in Part XIII and complete the following table:

|   |   | Amount |
|---|---|---|
| c   Beginning balance . . . . . . . . . | 1c | |
| d   Additions during the year . . . . . | 1d | |
| e   Distributions during the year . . . | 1e | |
| f   Ending balance . . . . . . . . . . | 1f | |

2a  Did the organization include an amount on Form 990, Part X, for escrow or custodial account liability?  ☐ Yes ☐ No
b   If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII .  .  .  .  ☐

**Part V** | **Endowment Funds.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|   |   | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|---|
| 1a | Beginning of year balance . . . | | | | | |
| b | Contributions . . . . . . . | | | | | |
| c | Net investment earnings, gains, and losses . . . . . . . . | | | | | |
| d | Grants or scholarships . . . . | | | | | |
| e | Other expenditures for facilities and programs . . . . . . . . | | | | | |
| f | Administrative expenses . . . . | | | | | |
| g | End of year balance . . . . . | | | | | |

2   Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:
a   Board designated or quasi-endowment ▶ _____ %
b   Permanent endowment ▶ _____ %
c   Temporarily restricted endowment ▶ _____ %
The percentages on lines 2a, 2b, and 2c should equal 100%.

3a  Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|   |   | Yes | No |
|---|---|---|---|
| (i) unrelated organizations . . . . . . . . . . . . . . . . . . . . . . | 3a(i) | | |
| (ii) related organizations . . . . . . . . . . . . . . . . . . . . . . | 3a(ii) | | |
| b   If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . | 3b | | |

4   Describe in Part XIII the intended uses of the organization's endowment funds.

**Part VI** | **Land, Buildings, and Equipment.**
Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| 1a  Land . . . . . . . . . . . | | | | |
| b  Buildings . . . . . . . . . | | | | |
| c  Leasehold improvements . . . . | 50,765. | | 15,917. | 34,848. |
| d  Equipment . . . . . . . . . | 102,482. | | 83,875. | 18,607. |
| e  Other . . . . . . . . . . . | 101,970. | | 73,781. | 28,189. |
| **Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* . . . . . ▶ | | | | 81,644. |

BAA                                                  REV 11/12/18 PRO                                           Schedule D (Form 990) 2018

**SCHEDULE O**
**(Form 990 or 990-EZ)**

# Supplemental Information to Form 990 or 990-EZ

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

## 2018

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

| Name of the organization | Employer identification number |
|---|---|
| Los Angeles School of Gymnastics, Inc. | 95-2976126 |

Pt VI, Line 11b: NO REVIEW WAS OR WILL BE CONDUCTED

Pt VI, Line 19: NO OTHER DOCUMENTS AVAILABLE TO THE PUBLIC

Pt XI: PRIOR PERIOD ADJUSTMENT FOR DEPRECIATION $16,730

For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.      BAA. No. 51056K      Schedule O (Form 990 or 990-EZ) (2018)

REV 10/24/18 PRO

Schedule E (Form 990 or 990-EZ) 2018

**Part II** **Supplemental Information.** Provide the explanations required by Part I, lines 3, 4d, 5h, 6b, and 7, as applicable. Also provide any other additional information. See instructions.

REV 10/24/18 PRO
Schedule E (Form 990 or 990-EZ) 2018

TAXPAYER'S COPY

**Exempt Organization Business Income Tax Return**
**(and proxy tax under section 6033(e))**

Form **990-T**

For calendar year 2018 or other tax year beginning Jul 1 , 2018, and ending Jun 30, 20 19 .
▶ Go to *www.irs.gov/Form990T* for instructions and the latest information.
▶ Do not enter SSN numbers on this form as it may be made public if your organization is a 501(c)(3).

OMB No. 1545-0687

**2018**

Open to Public Inspection for
501(c)(3) Organizations Only

Department of the Treasury
Internal Revenue Service

| | | |
|---|---|---|
| **A** ☐ Check box if address changed | **Name of organization** ( ☐ Check box if name changed and see instructions.) | **D** Employer identification number (Employees' trust, see instructions.) |
| **B** Exempt under section<br>☒ 501( c )(3 )<br>☐ 408(e)  ☐ 220(e)<br>☐ 408A  ☐ 530(a)<br>☐ 529(a) | Print or Type  Los Angeles School of Gymnastics, Inc. | 95-2976126 |
| | Number, street, and room or suite no. If a P.O. box, see instructions.<br>8450 Higuera Street | **E** Unrelated business activity code (See instructions.) |
| | City or town, state or province, country, and ZIP or foreign postal code<br>Culver City, CA 90232 | |
| **C** Book value of all assets at end of year<br>1,605,622. | **G** Check organization type ▶ ☒ 501(c) corporation  ☐ 501(c) trust  ☐ 401(a) trust  ☐ Other trust | **F** Group exemption number (See instructions.) ▶ |

**H** Enter the number of the organization's unrelated trades or businesses. ▶ _____ Describe the only (or first) unrelated trade or business here ▶ _____ If only one, complete Parts I–V. If more than one, describe the first in the blank space at the end of the previous sentence, complete Parts I and II, complete a Schedule M for each additional trade or business, then complete Parts III–V.

**I** During the tax year, was the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ▶ ☐ Yes ☒ No
If "Yes," enter the name and identifying number of the parent corporation. ▶

**J** The books are in care of ▶ Tanya Berenson    Telephone number ▶ (310) 204-1980

| **Part I** | **Unrelated Trade or Business Income** | | **(A) Income** | **(B) Expenses** | **(C) Net** |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales  19,511 | | | | |
| b | Less returns and allowances _____ c Balance ▶ | 1c | 19,511 | | |
| 2 | Cost of goods sold (Schedule A, line 7) | 2 | 34,345 | | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | -14,834 | | -14,834 |
| 4a | Capital gain net income (attach Schedule D) | 4a | | | |
| b | Net gain (loss) (Form 4797, Part II, line 17) (attach Form 4797) | 4b | | | |
| c | Capital loss deduction for trusts | 4c | | | |
| 5 | Income (loss) from a partnership or an S corporation (attach statement) | 5 | | | |
| 6 | Rent income (Schedule C) | 6 | | | |
| 7 | Unrelated debt-financed income (Schedule E) | 7 | | | |
| 8 | Interest, annuities, royalties, and rents from a controlled organization (Schedule F) | 8 | | | |
| 9 | Investment income of a section 501(c)(7), (9), or (17) organization (Schedule G) | 9 | | | |
| 10 | Exploited exempt activity income (Schedule I) | 10 | | | |
| 11 | Advertising income (Schedule J) | 11 | | | |
| 12 | Other income (See instructions; attach schedule) | 12 | | | |
| 13 | **Total.** Combine lines 3 through 12 | 13 | -14,834 | | -14,834 |

| **Part II** | **Deductions Not Taken Elsewhere** (See instructions for limitations on deductions.) (Except for contributions, deductions must be directly connected with the unrelated business income.) | | |
|---|---|---|---|
| 14 | Compensation of officers, directors, and trustees (Schedule K) | 14 | |
| 15 | Salaries and wages | 15 | |
| 16 | Repairs and maintenance | 16 | |
| 17 | Bad debts | 17 | |
| 18 | Interest (attach schedule) (see instructions) | 18 | |
| 19 | Taxes and licenses | 19 | |
| 20 | Charitable contributions (See instructions for limitation rules) | 20 | |
| 21 | Depreciation (attach Form 4562)  21 | | |
| 22 | Less depreciation claimed on Schedule A and elsewhere on return  22a | 22b | |
| 23 | Depletion | 23 | |
| 24 | Contributions to deferred compensation plans | 24 | |
| 25 | Employee benefit programs | 25 | |
| 26 | Excess exempt expenses (Schedule I) | 26 | |
| 27 | Excess readership costs (Schedule J) | 27 | |
| 28 | Other deductions (attach schedule) | 28 | |
| 29 | **Total deductions.** Add lines 14 through 28 | 29 | |
| 30 | Unrelated business taxable income before net operating loss deduction. Subtract line 29 from line 13 | 30 | -14,834 |
| 31 | Deduction for net operating loss arising in tax years beginning on or after January 1, 2018 (see instructions) | 31 | |
| 32 | Unrelated business taxable income. Subtract line 31 from line 30 | 32 | -14,834 |

For Paperwork Reduction Act Notice, see instructions. BAA    REV 01/11/19 PRO    Form **990-T** (2018)

Form 990-T (2018)

Page **2**

## Part III — Total Unrelated Business Taxable Income

| | | | |
|---|---|---|---:|
| 33 | Total of unrelated business taxable income computed from all unrelated trades or businesses (see instructions) | 33 | -14,834 |
| 34 | Amounts paid for disallowed fringes | 34 | |
| 35 | Deduction for net operating loss arising in tax years beginning before January 1, 2018 (see instructions) | 35 | -14,834 |
| 36 | Total of unrelated business taxable income before specific deduction. Subtract line 35 from the sum of lines 33 and 34 | 36 | 0 |
| 37 | Specific deduction (Generally $1,000, but see line 37 instructions for exceptions) | 37 | |
| 38 | **Unrelated business taxable income.** Subtract line 37 from line 36. If line 37 is greater than line 36, enter the smaller of zero or line 36 | 38 | 0 |

## Part IV — Tax Computation

| | | | |
|---|---|---|---:|
| 39 | **Organizations Taxable as Corporations.** Multiply line 38 by 21% (0.21) ▶ | 39 | |
| 40 | **Trusts Taxable at Trust Rates.** See instructions for tax computation. Income tax on the amount on line 38 from: ☐ Tax rate schedule or ☐ Schedule D (Form 1041) ▶ | 40 | |
| 41 | **Proxy tax.** See instructions ▶ | 41 | |
| 42 | Alternative minimum tax (trusts only) | 42 | |
| 43 | **Tax on Noncompliant Facility Income.** See instructions | 43 | |
| 44 | **Total.** Add lines 41, 42, and 43 to line 39 or 40, whichever applies | 44 | 0 |

## Part V — Tax and Payments

| | | | | |
|---|---|---|---|---:|
| 45a | Foreign tax credit (corporations attach Form 1118; trusts attach Form 1116) | 45a | | |
| b | Other credits (see instructions) | 45b | | |
| c | General business credit. Attach Form 3800 (see instructions) | 45c | | |
| d | Credit for prior year minimum tax (attach Form 8801 or 8827) | 45d | | |
| e | **Total credits.** Add lines 45a through 45d | | 45e | |
| 46 | Subtract line 45e from line 44 | | 46 | 0 |
| 47 | Other taxes. Check if from: ☐ Form 4255 ☐ Form 8611 ☐ Form 8697 ☐ Form 8866 ☐ Other (attach schedule) | | 47 | |
| 48 | **Total tax.** Add lines 46 and 47 (see instructions) | | 48 | 0 |
| 49 | 2018 net 965 tax liability paid from Form 965-A or Form 965-B, Part II, column (k), line 2 | | 49 | |
| 50a | Payments: A 2017 overpayment credited to 2018 | 50a | | |
| b | 2018 estimated tax payments | 50b | | |
| c | Tax deposited with Form 8868 | 50c | | |
| d | Foreign organizations: Tax paid or withheld at source (see instructions) | 50d | | |
| e | Backup withholding (see instructions) | 50e | | |
| f | Credit for small employer health insurance premiums (attach Form 8941) | 50f | | |
| g | Other credits, adjustments, and payments: ☐ Form 2439 _____ ☐ Form 4136 _____ ☐ Other _____ Total ▶ | 50g | | |
| 51 | **Total payments.** Add lines 50a through 50g | | 51 | |
| 52 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | 52 | |
| 53 | **Tax due.** If line 51 is less than the total of lines 48, 49, and 52, enter amount owed | | 53 | |
| 54 | **Overpayment.** If line 51 is larger than the total of lines 48, 49, and 52, enter amount overpaid ▶ | | 54 | |
| 55 | Enter the amount of line 54 you want: Credited to 2019 estimated tax ▶ _____ Refunded ▶ | | 55 | |

## Part VI — Statements Regarding Certain Activities and Other Information (see instructions)

| | | Yes | No |
|---|---|:---:|:---:|
| 56 | At any time during the 2018 calendar year, did the organization have an interest in or a signature or other authority over a financial account (bank, securities, or other) in a foreign country? If "Yes," the organization may have to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts. If "Yes," enter the name of the foreign country here ▶ | | X |
| 57 | During the tax year, did the organization receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," see instructions for other forms the organization may have to file. | | X |
| 58 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Signature of officer | Date | CKO Title | May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No |
|---|---|---|---|

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| WILTON E. ROBINSON | | 08/06/2019 | | P01408517 |

Firm's name ▶ ROBINSON CONSULTING — Firm's EIN ▶ 81-0707165

Firm's address ▶ 5651 SUMNER WAY UNIT 212, CULVER CITY, CA 90230 — Phone no. (818) 590-0569

Form **990-T** (2018)

REV 01/11/19 PRO

Form 990-T (2018)  Page **3**

## Schedule A—Cost of Goods Sold. Enter method of inventory valuation ▶

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | | 6 | Inventory at end of year . . . | 6 | |
| 2 | Purchases . . . . . . | 2 | | 7 | **Cost of goods sold.** Subtract line 6 from line 5. Enter here and in Part I, line 2 . . . . . . | 7 | |
| 3 | Cost of labor . . . . . | 3 | | | | | |
| 4a | Additional section 263A costs (attach schedule) . . . . | 4a | | 8 | Do the rules of section 263A (with respect to property produced or acquired for resale) apply to the organization? . . . . . . . . . | **Yes** | **No** |
| b | Other costs (attach schedule) | 4b | | | | | |
| 5 | **Total.** Add lines 1 through 4b | 5 | | | | | |

## Schedule C—Rent Income (From Real Property and Personal Property Leased With Real Property) (see instructions)

**1. Description of property**

(1)
(2)
(3)
(4)

| | 2. Rent received or accrued | | 3(a) Deductions directly connected with the income in columns 2(a) and 2(b) (attach schedule) |
|---|---|---|---|
| | **(a)** From personal property (if the percentage of rent for personal property is more than 10% but not more than 50%) | **(b)** From real and personal property (if the percentage of rent for personal property exceeds 50% or if the rent is based on profit or income) | |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| Total | | Total | |

**(c) Total income.** Add totals of columns 2(a) and 2(b). Enter here and on page 1, Part I, line 6, column (A) . . . . ▶

**(b) Total deductions.**
Enter here and on page 1,
Part I, line 6, column (B) ▶

## Schedule E—Unrelated Debt-Financed Income (see instructions)

| | | 3. Deductions directly connected with or allocable to debt-financed property | |
|---|---|---|---|
| **1.** Description of debt-financed property | **2.** Gross income from or allocable to debt-financed property | **(a)** Straight line depreciation (attach schedule) | **(b)** Other deductions (attach schedule) |
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |

| **4.** Amount of average acquisition debt on or allocable to debt-financed property (attach schedule) | **5.** Average adjusted basis of or allocable to debt-financed property (attach schedule) | **6.** Column 4 divided by column 5 | **7.** Gross income reportable (column 2 x column 6) | **8.** Allocable deductions (column 6 × total of columns 3(a) and 3(b)) |
|---|---|---|---|---|
| (1) | | % | | |
| (2) | | % | | |
| (3) | | % | | |
| (4) | | % | | |
| | | | Enter here and on page 1, Part I, line 7, column (A). | Enter here and on page 1, Part I, line 7, column (B). |

**Totals** . . . . . . . . . . . ▶

**Total dividends-received deductions included in column 8** . . . . . . . . . . ▶

Form **990-T** (2018)

# Los Angeles School Of Gymnastics

## STATEMENT OF FINANCIAL POSITION

As of December 31, 2019

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Authorize.Net  Merchant service #3889 | -1,905.99 |
| Bank of Amer Saving 2288 | 140,365.71 |
| Bank of America  Merchant service #3881 | -30,236.29 |
| BofA Checking 1102 | 195,801.28 |
| Chase chacking # 0767 | 103,495.98 |
| Chase LIGHTS Checking - 6010 | 294,076.04 |
| Chase Saving - 8058 | 367,465.09 |
| Trust account | 230,000.00 |
| **Total Bank Accounts** | **$1,299,061.82** |
| Accounts Receivable | |
| Accounts Receivable | 750.00 |
| **Total Accounts Receivable** | **$750.00** |
| Other Current Assets | |
| Advance employee | 500.00 |
| Inventory | 2,346.50 |
| Prepaid Rent | 0.00 |
| SUSPENSE | 1,703.00 |
| Uncategorized Asset | 0.00 |
| Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$4,549.50** |
| **Total Current Assets** | **$1,304,361.32** |

# Los Angeles School Of Gymnastics

## STATEMENT OF FINANCIAL POSITION

As of December 31, 2019

| | TOTAL |
|---|---|
| Fixed Assets | |
| Acc/Depr- Furniture & Fixtures | -16,270.00 |
| Acc/Depr- Gym Equipment | -83,874.66 |
| Acc/Depr-Computer | 0.00 |
| Acc/Depreciation-Automobile | -57,512.32 |
| Acc/Depreciation-Improvement | -15,916.75 |
| Automobile | 74,609.82 |
| Computers | 0.00 |
| Furniture & Fixtures | 28,706.84 |
| Gym Equipment | 85,035.23 |
| Improvement | 50,765.00 |
| Machinery & Equipment | 17,447.44 |
| **Total Fixed Assets** | **$82,990.60** |
| Other Assets | |
| Goodwill-Alla Svirsky | 0.00 |
| **Total Other Assets** | **$0.00** |
| **TOTAL ASSETS** | **$1,387,351.92** |

# Los Angeles School Of Gymnastics

## STATEMENT OF FINANCIAL POSITION
As of December 31, 2019

|  | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts payable | 2,476.41 |
| Payroll  Accrued Payroll Taxes | 0.00 |
| Payroll Accrued Payroll Liabilities | 0.00 |
| Payroll checks (clearing) | -811.98 |
| Total Accounts payable | 1,664.43 |
| **Total Accounts Payable** | **$1,664.43** |
| Credit Cards | |
| AmEx Business Platinum 2-23009 | -14,662.11 |
| AMEX_Alla Svirsky_#89007 | 14,387.74 |
| CHASE Credit Card #0446 | -601.68 |
| CHASE Credit Card #2041 (4579) | 28,456.45 |
| **Total Credit Cards** | **$27,580.40** |
| Other Current Liabilities | |
| Employee -Payroll Tax Withheald | 0.00 |
| Payroll clearing (uncleared checks) | 0.00 |
| Sales Tax - Merchandise | 0.00 |
| Wage Garnishment | 0.00 |
| Total Other Current Liabilities | $0.00 |
| **Total Current Liabilities** | **$29,244.83** |
| **Total Liabilities** | **$29,244.83** |
| Equity | |
| Opening Bal Equity | 0.00 |
| Retained Earnings | 894,698.70 |
| Unrestricted Net Assets | 437,268.59 |
| Net Revenue | 26,139.80 |
| **Total Equity** | **$1,358,107.09** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,387,351.92** |

# Los Angeles School Of Gymnastics

## STATEMENT OF ACTIVITY
January - December 2019

| | TOTAL |
|---|---|
| **Revenue** | |
| Age Group | 1,540,620.55 |
| Birthday Party | 31,006.00 |
| Camp | 200,376.39 |
| Cheerleaders | 7,135.00 |
| Donation | 26,914.86 |
| Enrollment Fees | 112,740.02 |
| Gift | -1,073.00 |
| Income - cash | 3,001.60 |
| Interest Income | 5,885.57 |
| Lights | 45,359.40 |
| Meets & Clinics | 1,219.91 |
| Refunds | -5,649.00 |
| RG - Meet | 4,757.88 |
| RG - Team | 110,406.10 |
| Sales - Merchandise | 20,838.54 |
| SG - Meet | 38,380.51 |
| SG - Team | 225,848.50 |
| Sleep | 985.00 |
| **Total Revenue** | **$2,368,753.83** |
| Cost of Goods Sold | |
| Cost of Goods Sold | 7,807.00 |
| **Total Cost of Goods Sold** | **$7,807.00** |
| **GROSS PROFIT** | **$2,360,946.83** |
| Expenditures | |
| Advertising | 751.00 |
| App For LASG | 190.79 |
| Employment Ads | 679.45 |
| Fliers Expense | 6,980.00 |
| Outdoor signs | 954.76 |
| Promotions | 18,698.86 |
| Social Marketing | 158,711.16 |
| Stickers, Products | 3,290.48 |
| **Total Advertising** | **190,256.50** |
| Architect | 10,000.00 |
| Bank Charges | |
| Bank Fee | 137.00 |
| Credit Card Fees | 42,819.44 |
| **Total Bank Charges** | **42,956.44** |
| Camp Expense | |
| Food and supplies | 10,530.53 |

# Los Angeles School Of Gymnastics

## STATEMENT OF ACTIVITY

### January - December 2019

| | TOTAL |
|---|---|
| Promotion | 2,009.25 |
| **Total Camp Expense** | **12,539.78** |
| Competition Expense | 1,380.00 |
| Awards Cost | 2,334.44 |
| Cheerleading Training | 851.28 |
| LA Lights Competition | 63,022.08 |
| Meets & Clinics | 300.00 |
| Registration Fee | 3,154.15 |
| RG - Team | 10,491.80 |
| RG Meet | 10,415.50 |
| SG - Meet | 3,094.90 |
| SG Meet-Boys | 4,845.00 |
| SG Meet-Girls | 14,506.57 |
| SG_Team | 8,214.20 |
| Team Uniform | 8,080.51 |
| Uniforms Gymnastic | 38,118.72 |
| **Total Competition Expense** | **168,809.15** |
| Computer Expense | |
| Back ups and Storage | 3,015.00 |
| Computer hardware and software | 1,322.07 |
| Computer Repair Expense | 19,439.07 |
| Internet Expense | 12,629.50 |
| TV and other Electronics | 10.99 |
| WEB Expense | 39,080.25 |
| **Total Computer Expense** | **75,496.88** |
| Depreciation | |
| Depreciation - Automobile | 7,458.00 |
| Depreciation - Computers | 899.99 |
| Depreciation - Furniture & Fix. | 5,472.00 |
| Depreciation - Gym Equipment | 8,976.00 |
| Depreciation - Leasehold Improv | 8,300.04 |
| **Total Depreciation** | **31,106.03** |
| Dues & Subscriptionss | 25.00 |
| Employee Benefit | |
| AFLAC | 2,049.45 |
| Background Screen | 534.57 |
| Company Event | 4,376.67 |
| Education and Seminars | 2,283.37 |
| Health Insurance | 42,844.84 |
| Training Employee | 917.29 |
| **Total Employee Benefit** | **53,006.19** |

# Los Angeles School Of Gymnastics

## STATEMENT OF ACTIVITY

### January - December 2019

|  | TOTAL |
|---|---|
| Insurance Expense |  |
| Comercial Package & Liability | 7,360.42 |
| Employment Liability Insurance | 6,364.37 |
| **Total Insurance Expense** | **13,724.79** |
| Interest Expense | 268.12 |
| Licenses, Taxes & Memberships | 391.22 |
| Membership | 3,488.05 |
| **Total Licenses, Taxes & Memberships** | **3,879.27** |
| Maintenance and Repairs | 533.61 |
| Cleaning & Janitorial | 25,806.81 |
| General Repairs | 13,389.79 |
| Lawn Maintenance | 3,580.00 |
| Leasehold Improvement | 1,500.00 |
| Office repairs, minor remodelin | 8,364.56 |
| **Total Maintenance and Repairs** | **53,174.77** |
| Meals and Entertainment | 350.00 |
| New location Inglewood | 29,839.22 |
| Office  Expense | 3,827.30 |
| Dues & Subscriptions | 798.86 |
| Furniture under $500.00 | 180.66 |
| Gift Expense | 980.72 |
| Postage and Messengers | 9,808.87 |
| Printing & copying | 8,065.26 |
| Rent Expense - Facility | 370,876.11 |
| Travel Expense | 14,050.79 |
| **Total Office  Expense** | **408,588.57** |
| Payroll |  |
| Payroll Employees | 918,864.17 |
| Payroll Processing Fee | 4,001.10 |
| Payroll Taxes - Employer | 93,476.27 |
| Workers Comp | 14,713.60 |
| **Total Payroll** | **1,031,055.14** |
| Printing & copyingy | 5,395.77 |
| Professional Fees |  |
| Accounting | 16,535.00 |
| Consulting Services | 10,781.97 |
| Legal Expense | 23,599.44 |
| **Total Professional Fees** | **50,916.41** |
| Social Marketingal | 0.00 |

# Los Angeles School Of Gymnastics

## STATEMENT OF ACTIVITY

### January - December 2019

| | TOTAL |
|---|---|
| Supplies | |
| Supplies - Janitorial | 4,481.09 |
| Supplies - Office | 27,343.71 |
| Supplies - Other | 1,533.17 |
| Supplies- Gym | 21,778.90 |
| **Total Supplies** | **55,136.87** |
| Telephones | |
| Cell phone expense | 6,218.14 |
| Office Telephone Answering Serv | 3,451.20 |
| Office Telephone expense | 5,040.38 |
| **Total Telephones** | **14,709.72** |
| Uncategorized Expenditure | 7,102.64 |
| Utilities | |
| Drinking water | 597.26 |
| Electricity | 14,498.24 |
| Gas | 755.24 |
| Pest Control | 1,080.00 |
| Security | 4,320.55 |
| Waste Disposal | 3,026.69 |
| Water | 4,243.16 |
| **Total Utilities** | **28,521.14** |
| Vehicle Expenses | |
| Automobile Insurance | 12,793.70 |
| Car Lease Payment | 22,499.27 |
| Car Repairs and Maintenance | 4,236.07 |
| Fuel | 6,543.99 |
| Parking Expense | 61.60 |
| Registration Fee Annual | 1,814.00 |
| **Total Vehicle Expenses** | **47,948.63** |
| **Total Expenditures** | **$2,334,807.03** |
| NET OPERATING REVENUE | $26,139.80 |
| NET REVENUE | $26,139.80 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>1849 Sawtelle Blvd., Suite 700<br>Los Angeles, California 90025<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LOS ANGELES SCHOOL OF GYMNASTICS, INC.<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**<br><br>*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]* |

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _N/A_____.

2. The following financial data is the latest available information and refers to the debtor's condition on _08/27/2020___.

   a. Total assets                                                    $_____

   b. Total debts (including debts listed in 2.c., below)             $_____

   c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

   d. Number of shares of preferred stock _____

   e. Number of shares of common stock _____

   Comments, if any: N/A

3. Brief description of the Debtor's business: GYMNASTICS

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:
   N/A

**Fill in this information to identify the case:**

Debtor name  LOS ANGELES SCHOOL OF GYMNASTICS, INC.

United States Bankruptcy Court for the:  Central    District of  California
                                                                     (State)

Case number (If known):  _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AT&T PO Box 5025 Carol Stream, IL 60197 | AT&T 877.722.3755 | trade | | | | 1,000 |
| 2 | Golden State Water PO Box 9016 San Dimas, CA 91773-9016 | Golden State Water 800.999.4033 | trade | | | | 750 |
| 3 | So Cal Edison PO Box 300 Rosemead, CA 91772-0001 | So Cal Edison 800.990.7788 | trade | | | | 750 |
| 4 | American Express PO Box 0001 Los Angeles, CA 90096 | American Express PO Box 0001 Los Angeles, CA 90096 | credit card | | | | 4,367 |
| 5 | Noxter 8432 Stellar Drive Culver City, CA 90232 | Noxter 310.202.4023 | trade | | | | 1,000 |
| 6 | Spectrum PO Box 60074 City of Industry, CA 91716-0074 | Spectrum 855.707.7328 | trade | | | | 500 |
| 7 | Blue Shield PO Box 749415 Los Angeles, CA 90074-9415 | Blue Shield 800.325.5166 | insurance | | | | 2,000 |
| 8 | FedEx P.O.BOX 7221 PASADENA, CA 91109-7321 | FedEx P.O.BOX 7221 PASADENA, CA 91109-7321 | trade | | | | 200 |

Debtor    LOS ANGELES SCHOOL OF GYMNASTICS, IN          Case number (if known)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | K&K Insurance 1712 Magnavox Way Fort Wayne, IN 46804 | K&K Insurance 800.440.5580 | insurance | | | | 2,000 |
| 10 | Amtrust PO Box 6939 Cleveland, OH 44101-1939 | Amtrust 888.235.0929 | trade | | | | 1,000 |
| 11 | Chase Credit Card | Chase Credit Card | | | | | 15,240 |
| 12 | DHL EXPRESS-USA 16592 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | DHL EXPRESS-USA 16592 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | | | | 100 |
| 13 | U.S. Small Business Administration Attn: So Cal Legal Unit 330 North Brand Blvd., Suite | U.S. Small Business Administration Attn: So Cal Legal Unit 330 North Brand Blvd., S | | | | | 149,900 |
| 14 | SBA PPP Loan U.S. Small Business Administration Attn: So Cal Legal Unit | SBA PPP Loan U.S. Small Business Administration Attn: So Cal Legal Unit | | | | | 200,170 |
| 15 | Michael Wildermuth Nevers, Palazzo, Packard, Wildermuth & Wynner 31248 Oak Crest Drive, Suite | Michael Wildermuth 818.879.9700 | | | | | 2,500 |
| 16 | Super Redondo, LLC Attn.: Michael Danesh, Manager 1118 E. 223rd Street | Super Redondo, LLC Attn.: Michael Danesh, Manager 1118 E. 223rd Street | | C, U, D | | | 0 |
| 17 | Richard Solomon Richard Elliott Solomon Revocable Trust 2014 Sepulveda Blvd, | Richard Solomon Richard Elliott Solomon Revocable Trust 2014 Sepulveda Blvd, | | | | | 27,760 |
| 18 | Wilton Robinson Robinson Consulting 5651 Sumner Way, Unit 212 Culver City, CA 90230 | Wilton Robinson Robinson Consulting 5651 Sumner Way, Unit 212 | | | | | 1,000 |
| 19 | Richard Shuben 7029 Hemsdale Road West Hills, CA 91307 | Richard Shuben 7029 Hemsdale Road West Hills, CA 91307 | | | | | 500 |
| 20 | | | | | | | |

## CORPORATE RESOLUTION

In accordance with the authority vested in the Board of Directors, the Directors have approved, and do hereby approve, the following resolutions:

RESOLVED, that Los Angeles School of Gymnastics, Inc. (the "**Corporation**") file a Petition for a reorganization pursuant to Chapter 11 of the Bankruptcy Code, and it is further

RESOLVED, that any officer or manager of the Corporation including but not limited to Tanya Berenson, Chief Executive Officer, is authorized by their sole signature to sign all documents necessary and requisite in connection with the said Petition pursuant to Chapter 11 of the Bankruptcy Code, and is directed to perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such Chapter 11 case, and it is further

RESOLVED, that this Corporation retain Kogan Law Firm, APC as counsel to represent the Corporation in connection with the proceedings, and to pay its retainer.

DATED: September 2, 2020

LOS ANGELES SCHOOL OF GYMNASTICS, INC.

By: _____
Tanya Berenson, Chief Executive Officer

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Michael S. Kogan (SBN 128500)
KOGAN LAW FIRM, APC
1849 Sawtelle Blvd., Suite 700
Los Angeles, California 90025
Telephone (310) 954-1690
mkogan@koganlawfirm.com

FOR COURT USE ONLY

☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:
LOS ANGELES SCHOOL OF GYMNASTICS, INC.

                                                    Debtor(s).

                                                    Plaintiff(s),

                                                    Defendant(s).

CASE NO.:
ADVERSARY NO.:
CHAPTER: 11

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

[No hearing]

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Tanya Berenson _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

[Check the appropriate boxes and, if applicable, provide the required information.]

1.  I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the Debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____

_____

_____

[For additional names, attach an addendum to this form.]

b.  ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 09/02/2020 _____

By: _____
    Signature of Debtor, or attorney for Debtor

Name: LOS ANGELES SCHOOL OF GYMNASTICS, I
    Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                 Page 2             F 1007-4.CORP.OWNERSHIP.STMT

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    N/A

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    N/A

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Los Angeles_____, California

Date: __09/02/2020_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                        F 1015-2.1.STMT.RELATED.CASES

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Michael S. Kogan (SBN 128500)
KOGAN LAW FIRM, APC
1849 Sawtelle Blvd., Suite 700
Los Angeles, California 90025
Telephone (310) 954-1690
mkogan@koganlawfirm.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

LOS ANGELES SCHOOL OF GYMNASTICS, INC.

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___09/02/2020___

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Los Angeles School of Gymnastics, Inc.
Tanya Berenson
8450 Higuera Street
Culver City, CA 90232


Michael S. Kogan, Esq
Kogan Law Firm, APC
1849 Sawtelle Blvd.
Suite 700
Los Angeles, CA  90025


United States Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA  90017

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Franchise Tax Board
Bankruptcy Unit, MS A-340
PO Box 2952
Sacramento, CA 95812-2952


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


AT&T
PO Box 5025
Carol Stream, IL 60197


Golden State Water
PO Box 9016
San Dimas, CA 91773-9016


So Cal Edison
PO Box 300
Rosemead, CA 91772-0001


American Express
PO Box 0001
Los Angeles, CA 90096

Noxter
8432 Stellar Drive
Culver City, CA 90232

Spectrum
PO Box 60074
City of Industry, CA 91716-0074

Blue Shield
PO Box 749415
Los Angeles, CA 90074-9415

FedEx
P.O.BOX 7221
PASADENA, CA 91109-7321

K&K Insurance
1712 Magnavox Way
Fort Wayne, IN 46804

Amtrust
PO Box 6939
Cleveland, OH 44101-1939

Chase Credit Card

DHL EXPRESS-USA
16592 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

U.S. Small Business  Administration
Attn: So Cal Legal Unit
330 North Brand Blvd., Suite 1200
Glendale, CA 91203-2304

SBA PPP Loan
U.S. Small Business  Administration
Attn: So Cal Legal Unit
330 North Brand Blvd., Suite 1200
Glendale, CA 91203-2304

Michael Wildermuth
Nevers, Palazzo, Packard, Wildermuth & Wynner
31248 Oak Crest Drive, Suite 200
Westlake Village, CA 91361

Paul Kelly
Kelly Semmel
5757 Wilshire Blvd., Penthouse 5
Los Angeles, CA 90036

Super Redondo, LLC
Attn.: Michael Danesh, Manager
1118 E. 223rd Street
Carson, CA 90745

Fariba Danesh
Trustee of the Danesh Family Trust
1118 E. 223rd Street
Carson, CA 90745

Richard Solomon
Richard Elliott Solomon Revocable Trust
2014 Sepulveda Blvd,
Los Angeles, CA 90025

Wilton Robinson
Robinson Consulting
5651 Sumner Way, Unit 212
Culver City, CA 90230

Richard Shuben
7029 Hemsdale Road
West Hills, CA 91307

William Litvak
Dapeer Rosenbilt & Litvak
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064